United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 18, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-41533
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VICTOR MANUEL HERNANDEZ, also known as Nai,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:05-CR-43-3
--------------------

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM:*

Counsel appointed to represent Victor Manuel Hernandez on
appeal has moved for leave to withdraw and has filed a brief as
is required by Anders v. California, 386 U.S. 738 (1967).
Hernandez has filed a response. Our independent review of the
record, counsel's brief, and Hernandez's response discloses no
nonfrivolous issue for appeal. Accordingly, counsel's motion for
leave to withdraw is GRANTED, counsel is excused from further
responsibilities, and the APPEAL IS DISMISSED. See 5TH CIR.
R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.